SOUTHERN COTTON OIL COMPANY v. W. R. GRACE & COMPANY, INC.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CARMELO SILVESTRO v. P. FURY and Another.— Motion denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE BROOKLYN SAVINGS BANK v. THE JOSEPH WECHSLER ESTATE and Others, Impleaded with LOUIS WECHSLER, Individually and as Executor, etc., of ABRAM WECHSLER, Deceased, and as Administrator, etc., of BARBARA WECHSLER, Deceased, and Others.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ALTER MIRSKI v. THE NATIONAL CITY BANK OF NEW YORK.— Motion granted. Present — O'Malley, Merrell, Sherman and Townley, JJ.

ELIZABETH HILLIARD and Another v. CIPOLARO TRUCKING CO., INC.— Motion for leave to appeal denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

JULIUS O. BERMAN v. PAUL A. MOSESIAN & SON, INC.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE LEHIGH VALLEY RAILWAY COMPANY v. AMERICAN RADIATOR COMPANY. — Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, O'Malley and Townley, JJ.

In the Matter of the Application of WAI TZUN SILK COMPANY, LTD., against SILK MANUFACTURERS CORPORATION.— Motion denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

M. ARTHUR HELFHAT v. J. NORMAN WHITEHOUSE and Others.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MORRIS LESHIN and Another v. CHARLES IMMIG.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE BANK OF UNITED STATES v. IDA BRAVEMAN.— Motion denied. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE BANK OF UNITED STATES v. DAVID BILGORE and Another.— Motion denied. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of JACOB METZGER against MARTIN A. HEALY and Others.— Motion denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.